IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PLUMBERS AND STEAMFITTERS   :
LOCAL UNION NO. 486, PENSION  :
FUND, et al.                :
                            :
v.                          :   CIVIL ACTION NO. S-02-673
                            :
JCM CONTROL SYSTEMS, INC.   :

## ORDER

This lawsuit culminated in judgment for Plaintiffs entered on July 9, 2002. (*See* Paper Nos. 11 and 12). No appeal has been taken. Plaintiffs filed a timely Bill of Costs pursuant to Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920. (*See* Paper No. 14). No objection has been filed. Nonetheless, Plaintiffs are not entitled to all of the costs sought.

Plaintiffs are statutorily entitled to the $150.00 filing fee, receipt of which can be verified in the Court's computerized docketing and finance systems. Plaintiffs have failed to provide any invoices for the additional costs,[1] and accordingly these items of taxation will not be considered here.

Accordingly, costs are hereby awarded in favor of Plaintiffs in the amount of $150.00. A copy of this Order shall be docketed and mailed to counsel.

DATED this _____ day of _____, 2002.

_____
Felicia C. Cannon
Clerk of Court

---

[1] The undersigned makes no finding as to whether Plaintiffs are in fact entitled to any of these cost items, should invoices be produced and the issue of entitlement appealed to the Court.