IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PLUMBERS AND STEAMFITTERS :
  LOCAL UNION NO. 486, PENSION :
  FUND, et al. :
 :
  v. : CIVIL ACTION NO. S-02-673
 :
JCM CONTROL SYSTEMS, INC. :

**O R D E R**

 Plaintiffs now appeal the Clerk's award limiting the amount of costs taxed pursuant to 28 U.S.C. §1920. (*See* Paper No. 17).

 Plaintiffs have submitted an invoice for the cost of serving defendant with the complaint. This $30.00 item will be taxed against defendant. The request for $26.52 in postage and delivery fees will be denied. Such expenses typically are deemed in this district to be regular office overhead and are not recoverable under §1920.

 Plaintiffs also seek $124.00 for copy work. Prior to the mid-1980's, this Court viewed copy work as general office overhead and disallowed its recovery under 28 U.S.C. § 1920. *See* **Advance Business Systems & Supply Co. v. SCM Corporation** 287 F. Supp. 143, 165 (Md. 1968), *aff'd* as modified, 415 F.2d 55 (4th Cir. 1969). In an unpublished taxation decision in **Stratton v. Equitable Bank**, Civil Action No. HAR-88-1485, Senior District Judge John Hargrove found that "[P]hotocopying charges for pleadings are taxable only to the extent that the copies are used as court exhibits or are furnished to the court or opposing counsel pursuant to procedural rules." *c.f.* **Sun Publishing Company, Inc. v. Mecklenburg News, Inc.**, 594 F. Supp. 1512, 1524 (E.D. Va. 1984). *See also* **Purity Products, Inc. v. Tropicana Products, Inc.**, Civil Action No. H-86-2319. Plaintiffs do not indicate that the copy work was furnished to the Court or opposing counsel pursuant to procedural rules. Consequently, the costs will be denied.



In accordance with the foregoing opinion, plaintiffs are awarded an additional $30.00 in costs pursuant to 28 U.S.C. §1920. A copy of this Order shall be docketed and mailed to counsel.

DATED this 29th day of August, 2002.

Frederic N. Smalkin
United States District Judge