IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| PLUMBERS AND STEAMFITTERS LOCAL 486 PENSION FUND, et al., | * | |
| Plaintiffs | * | Civil Action No. S 02-673 |
| v. | * | |
| JCM CONTROL SYSTEMS, INC. | * | |
| Defendants | * | |

* * * * * * * * * * * *

## NOTICE OF SATISFACTION OF JUDGMENT

Plaintiffs, Plumbers and Steamfitters Local 486 Pension Fund, et al., by their counsel Kimberly L. Bradley, Corey Smith Bott and the law firm of Abato, Rubenstein and Abato, P.A. hereby provide notice that the Judgment in the above captioned matter, issued by the Honorable Frederic N. Smalkin has been satisfied, and this Judgment against Defendant JCM Control Systems, Inc. is hereby released.

Kimberly L. Bradley
Bar No. 23653

Corey Smith Bott
Bar No. 25673
Abato, Rubenstein and Abato, P.A.
809 Gleneagles Court, Suite 320
Baltimore, Maryland 21286
(410) 321-0990

2

SO ORDERED this _____ day of _____, 2005.

_____
Frederic N. Smalkin
United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of September, 2005, a copy of the foregoing Notice of Satisfaction of Judgment was mailed, first class, postage prepaid to:

James P. Koch, Esquire
1101 Saint Paul Street, Suite 404
Baltimore, Maryland 21202

Attorney for Defendant

_____
Corey Smith Bott